FILED - USDC -NH
2025 AUG 3 PM 1:26

UNITED STATES DISTRICT COURT —-------------------District of New Hampshire

Claire Fitzgerald

V.

James R. Baugher, Eric Komitee

Michael Loguercio, Margo K. Brodie,

Defendants do not honor gay rights, while this Court must instruct them.

Punitive damage is sought.

Claire Fitzgerald